884 A.2d 248

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Chaka MATTHEW, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 13, 2005.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of September, 2005, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether the Commonwealth offered sufficient evidence to convict Petitioner of aggravated assault, graded as a felony of the first degree. In doing so, discuss the competing approaches contained in *Commonwealth v. Mayo*, 272 Pa.Super. 115, 414 A.2d 696 (1979) and *Commonwealth v. Gruff*, 822 A.2d 773 (Pa.Super.2003) and which approach, or other approach, should be adopted as the law of the Commonwealth with respect to this issue.